W. WESTCOTT RATHBONE, Appellant, v. LINO MION et al., Individually and as Copartners Doing Business as TRIPLE CITIES TILE AND MARBLE Co., Respondents.—

Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.